UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-CR-100 JD |
| ) | |
| LARRY N. HARRIS, JR. ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on February 27, 2013 [DE 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Larry N. Harris, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  March 20, 2013

　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court